# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC. ) ) ) Plaintiff, ) ) v. ) ) ) ) EMCOR FACILITIES SERVICES INC., ) ) ) Defendant. ) | Civil Action No. 2:06CV1136-MHT<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT EMCOR FACILITIES SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and United States District Court for the Middle District of Alabama Civil Misc. Order No. 3047, the undersigned Counsel of Record certifies that the following is a full and complete list of "all parent companies, subsidiaries (except wholly-owned subsidiaries), and affiliates that have issued shares to the public" that are related to Defendant:

EMCOR Group, Inc. is the parent corporation of EMCOR Facilities Services, Inc. and is a publicly traded corporation.

/s/ Jack Owen
JACK OWEN   (ASB-4805-N66C)
Attorney for Defendant
EMCOR Facilities Services, Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: CCOWEN@BALL-BALL.COM

CERTIFICATE OF SERVICE

      I hereby certify that on January 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                        /s/ Jack Owen
                        OF COUNSEL

Mr. Rhon E. Jones
Ms. Scarlette M. Tuley
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL  36103-4160
Email:  RHON.JONES@BEASLEYALLEN.COM
Email:  SCARLETTE.TULEY@BEASLEYALLEN.COM