IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., | § § § |
| Plaintiff, | § § |
| v. | § § |
| EMCOR FACILITIES SERVICES, INC.; and A, B, and C, as fictitious parties, | § § § § § |
| Defendants. | § § |

CIVIL ACTION NO: **2:06CV1136-MHT**

**PLAINTIFF PROFESSIONAL FACILITIES MANAGEMENT, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and United States District Court for the Middle District of Alabama Civil Misc. Order No. 3047, the undersigned Counsel of Record certifies that the following is a full and complete list of "all parent companies, subsidiaries (except wholly-owned subsidiaries), and affiliates that have issues shares to the public" that are related to Plaintiff.

Professional Facilities Management, Inc. is a privately held corporation with 100% of the stock owned by Greg and Kim Littlefield.

                                                s/ Scarlette M. Tuley
                                                Rhon E. Jones (JON093)
                                                Scarlette M. Tuley (TUL007)
                                                Attorneys for Plaintiff

OF COUNSEL:
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office 4160
Montgomery, Alabama 36103-4160
Phone: (333) 269-2343
Fax: (334) 954-7555

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> either by virtue of electronic filing or by placing a copy of same in the United States Mail, first class, postage prepaid, a true and correct copy of the above and foregoing document on this the 18th day of January, 2007.

                                                  s/ Scarlette M. Tuley  
                                                  OF COUNSEL

Mr. Jack Owen  
Ball, Ball, Matthews & Novak, PA  
Post Office Box 2148  
Montgomery, Alabama 36102-2148  
ccowen@ball-ball.com