IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PROFESSIONAL FACILITIES MANAGEMENT, INC.,** § § § | |
| Plaintiff, § § | |
| v. § § | |
| **EMCOR FACILITIES SERVICES, INC.; and A, B, and C, as fictitious parties,** § § § § § | **CIVIL ACTION NO: 2:06CV1136-MHT** |
| Defendants. § | |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on January 19, 2007 by teleconference and was attended by:

> Scarlette M. Tuley for the Plaintiff
>
> Jack Owen for the Defendant
>
> Ben Sawyer for the Defendant

2. The Parties will exchange by **February 14, 2007** the information required Fed. R. Civ. P. 26(a)(1).

3. The Parties jointly propose to the Court the following discovery plan:

Discovery will be needed on all of the Plaintiff and Counterclaim Plaintiff's substantive claims and damages and Defendant and Counterclaim Defendants' substantive claims and damages.

All Discovery commenced in time to be completed by **July 12, 2007**.

Maximum of 30 Interrogatories by each party to any other party. Responses due thirty (30) days after service.

Maximum of 30 Requests for Admission by each party to any other party. Responses due thirty (30) days after service.

Maximum of 15 depositions by both Plaintiffs and Defendants.

Each deposition limited to a maximum of seven (7) hours unless extended by agreement of the Parties.

Reports from retained experts under Rule 26 (a)(2) due from:

    Plaintiffs and Counterclaim Plaintiffs:    **May 21, 2007**

    Defendants and Counterclaim Defendants:    **June 25, 2007**

4. Other Items:

Disclosure of electronic discovery to be handled as follows: The Parties will produce electronically stored data in paper form responsive to discovery requests.

The Parties do not request a conference with the Court before entry of the Scheduling Order.

The Parties request a pretrial conference on or around **October 29, 2007**.

All potentially dispositive motions should be filed by **July 31, 2007**.

Settlement cannot be evaluated prior to discovery.

The case should be ready for Trial by **November 26, 2007**.

    s/_Scarlette M. Tuley_____
    Rhon E. Jones (JONE7747)
    Scarlette M. Tuley (TULE4517)
    Attorneys for Plaintiff

OF COUNSEL:
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office 4160
Montgomery, Alabama 36103-4160
Phone: (333) 269-2343
Fax: (334) 954-7555

                                                s/ Jack Owen
                                                Jack Owen (OWE009)
                                                Attorney for Defendants

Ball, Ball, Matthews & Novak, PA
Post Office Box 2148
Montgomery, Alabama 36102-2148
ccowen@ball-ball.com


## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below either by virtue of electronic filing or by placing a copy of same in the United States Mail, first class, postage prepaid, a true and correct copy of the above and foregoing document on this the 19th day of January, 2007.

                                                s/ Scarlette M. Tuley
                                                OF COUNSEL


Mr. Jack Owen
Ball, Ball, Matthews & Novak, PA
Post Office Box 2148
Montgomery, Alabama 36102-2148
ccowen@ball-ball.com