# IN THE UNITED STATES DISTRICT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **PROFESSIONAL FACILITIES MANAGEMENT, INC.,** § § § | |
| Plaintiff, § § | |
| v. § § | CIVIL ACTION NO: **2:06CV1136-MHT** |
| **EMCOR FACILITIES SERVICES, INC.; and A, B, and C, as fictitious parties,** § § § § § | |
| Defendants. § | |

**PROFESSIONAL FACILITIES MANAGEMENT, INC.'S
ANSWER TO COUNTERCLAIM**

Counterclaim Defendant, Professional Facilities Management, Inc. (PFMI) states the following answer to the counterclaim asserted by EMCOR Facilitites Services, Inc. (EMCOR):

**ANSWER TO NUMBERED PARAGRAPHS OF COUNTERCLAIM**

78. PFMI is without sufficient knowledge or information to form a belief as to the truth of the averments contained in Paragraphs 1-77.

79. PFMI admits EMCOR is organized under Connecticut law. PFMI is without sufficient knowledge or information to form a belief as to the truth of the remaining averments.

80. Admitted.

81. Admitted.

82. PFMI admits EMCOR entered into a contract with BB&T for certain services. PFMI is without sufficient knowledge or information to admit or deny the timing, value, or all the services covered by said contract.

83. Admitted.

84. Denied as stated.

85. Denied as stated.

86. Denied.

87. Denied.

## **COUNT I – BREACH OF CONTRACT**

88. PFMI admits that EMCOR intends to incorporate by reference Paragraphs 1-87 of its answer and counterclaim.

89. PFMI admits that it entered into an agreement with EMCOR to provide cleaning services for BB&T Facilities.  PFMI denies the rest of the Paragraph as stated.

90. Denied.

91. Denied.

92. Denied.

93. Denied.

## **COUNT II – IDEMINITY**

94. PFMI admits that EMCOR intends to incorporate by reference Paragraphs 1-93 of its answer and counterclaim.

95. Denied.

96. Denied.

97. Denied.

98. Denied.

99. Denied.

## **COUNT III – NEGLIGENCE**

100. PFMI admits that EMCOR intends to incorporate by reference Paragraphs 1-99 of its answer and counterclaim.

101. Denied.

102. Denied.

103. Denied. PFMI denies any and all averments in EMCOR's "WHEREFORE" clause including all of its subparts.

                                                s/_Scarlette M. Tuley_____
                                                Rhon E. Jones (JONE7747)
                                                Scarlette M. Tuley (TULE4517)
                                                Attorneys for Plaintiff

OF COUNSEL:
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office 4160
Montgomery, Alabama 36103-4160
Phone: (333) 269-2343
Fax: (334) 954-7555

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> either by virtue of electronic filing or by placing a copy of same in the United States Mail, first class, postage prepaid, a true and correct copy of the above and foregoing document on this the 22nd day of January, 2007.

                                                s/_Scarlette M. Tuley_____
                                                OF COUNSEL

Mr. Jack Owen
Ball, Ball, Matthews & Novak, PA
Post Office Box 2148
Montgomery, Alabama 36102-2148
ccowen@ball-ball.com