IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 2:06CV1136-MHT |
| EMCOR FACILITIES SERVICES, INC., and A, B, and C, as fictitious Parties, | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR *PRO HAC VICE* ADMISSION

COMES NOW Lee C. Davis, counsel for Defendant Emcor Facilities Services, Inc., pursuant to Local Rule 83.1(b), and moves the court to be admitted *Pro Hac Vice* for the purpose of practicing before this Honorable Court in the above captioned cause. For grounds, the undersigned would show that he has been admitted to practice before the United States District Court for the Northern District of Georgia in the district where he resides and has practiced law since 1982. A certificate of good standing from such court is attached to this Motion. Defendant Emcor Facilities Services, Inc. has also retained the law firm of Ball, Ball, Matthews & Novak, P.A., to act as local counsel in this case.

LitCon 236047.1                                1

This 19th day of January, 2007.

                                      Respectfully Submitted,

BY:   LEE C. DAVIS
SUTHERLAND, ASBILL & BRENNAN, LLP
999 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 853-8188

CLYDE C. OWEN
BALL, BALL, MATTHEWS & NOVAK
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109
Telephone: (334) 387-7680

*Attorneys for Defendant, Emcor Facilities Services, Inc.*



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**        }
                                    } ss.
**NORTHERN DISTRICT OF GEORGIA**    }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **LEE C. DAVIS , State Bar No. 211725,** was duly admitted to practice in said Court on August 17, 1982, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 19th day of January, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Jamee Holland
Deputy Clerk

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this pleading upon counsel for all other parties in this action or upon said parties themselves as required by law by delivering a copy thereof or depositing a copy of the same in the United States Mail, first class, postage prepaid, and addressed as follows:

> Mr. Rhon E. Jones and
> Ms. Scarlett M. Tuley
> BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
> P.O. Box 4160
> Montgomery, AL  36103-4160

This _____ day of _____, 2007.

By: _____

LitCon 236048.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Civil Action No. 2:06CV1136-MHT |
| EMCOR FACILITIES SERVICES, INC., and A, B, and C, as fictitious Parties, | ) ) ) ) ) |
| Defendants. | ) |

### ORDER

Upon Motion of Lee C. Davis, counsel for Defendant Emcor Facilities Services, Inc., pursuant to Local Rule 83.1(b), for admission *Pro Hac Vice* in the above captioned cause and for good cause shown, it is hereby

ORDERED that Lee C. Davis shall be admitted *Pro Hac Vice* in the above captioned cause.

Done this _____ day of _____, 2007.

By: _____
MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE

LitCon 236047.1