IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., <br> Plaintiff, | ) <br> ) <br> ) <br> ) |
| v. | ) Civil Action No. 2:06CV1136-MHT |
| EMCOR FACILITIES SERVICES, INC., <br> Defendant. | ) <br> ) <br> ) <br> ) |

### JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Professional Facilities Management, Inc. ("PFMI") and Defendant EMCOR Facilities Services, Inc. ("EMCOR") jointly move the Court to amend the Uniform Scheduling Order entered in this action on January 23, 2007 (Doc. 8) so as to allow the parties additional time necessary to complete discovery and to prepare for trial.

Specifically, the parties request the Court to extend the deadline for completion of discovery (Doc. 8, Section 7) by sixty (60) days, to September 12, 2007, and the deadline for submission of dispositive motions (Section 2) by thirty (30) days to August 17, 2007, which would be sixty (60) days in advance of the pretrial conference scheduled for October 17, 2007 (Section 1).

As grounds, the parties assert the following:

1. The nature of this action is such that responses to written discovery has and will generate voluminous records, and identification of witnesses located in several states.

2. The parties have both provided voluminous records in compliance with the disclosure requirements of Rule 26 (a), Fed. R. Civ. P., and have exchanged additional written discovery requests, which has generated additional voluminous records.

3. In order to schedule necessary depositions of fact witnesses it is apparent to both parties that additional time for completion of discovery, beyond that allotted by Section 7 of the Scheduling Order, is necessary and both parties believe that an additional sixty (60) days for completion of discovery is sufficient.

4. In light of the need for additional time for completion of discovery, the parties also have concluded that additional time is necessary for preparation of dispositive motions, beyond that allotted by Section 2 of the Scheduling Order. Both parties believe that an additional thirty (30) days for submission of dispositive motions is necessary and sufficient.

5. The Court's granting of the relief sought herein would shorten the time between the deadline for submission of dispositive motions and the scheduled pretrial conference to sixty (60) days. While this represents an imposition on the Court, the parties hope that submission of dispositive motions sixty days in advance of the pretrial conference will be sufficient for consideration of the same without undue strain on the Court's resources.

THE FOREGOING CONSIDERED, plaintiff PFMI and defendant EMCOR jointly move the Court to amend the Uniform Scheduling Order (Doc. 8) as above requested.

/s/ Scarlette M. Tuley
SCARLETTE M. TULEY
Attorney for Plaintiff
Professional Facilities Management, Inc.

OF COUNSEL:
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343
(334) 954-7555 (Fax)
Email: RHON.JONES@BEASLEYALLEN.COM
Email: SCARLETTE.TULEY@BEASLEYALLEN.COM

/s/ Jack Owen
JACK OWEN   (ASB-4805-N66C)
Attorney for Defendant
Emcor Facilities Services, Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: CCOWEN@BALL-BALL.COM

and

Benjamin H. Sawyer
SUTHERLAND, ASBILL & BRENNAN, LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 853-8188
Email: BENJAMIN.SAWYER@SABLAW.COM

3