IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:06cv1136-MHT |
| EMCOR FACILITIES SERVICES, INC., | ) ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the joint motion to amend scheduling order (doc. no. 12) is granted as requested.

DONE, this the 5th day of June, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE