**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| PROFESSIONAL FACILITIES | ) | |
| MANAGEMENT, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. <u>2:06CV1136-MHT</u> |
| | ) | |
| EMCOR FACILITIES SERVICES,  INC., | ) | |
| Defendant. | ) | |

**SECOND JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Professional Facilities Management, Inc. ("PFMI") and Defendant EMCOR Facilities Services, Inc. ("EMCOR") jointly move the Court to amend the Uniform Scheduling Order entered in this action on January 23, 2007 (Doc. 8) so as to allow the parties additional time necessary to provide expert witness disclosures.

Specifically, the parties request the Court to extend the deadline for expert witness disclosures (Doc. 8, Section 8), to June 29, 2007, for the plaintiff and to August 3, 2007, for the defendant.

The parties previously requested (Doc. 12) and the Court granted (Doc. 13) an amendment to the Uniform Scheduling Order related to completion of discovery and filing of dispositive motions.

As grounds for this motion, the parties assert the following:

1.      The expert witness disclosure for the plaintiff has been delayed due to extenuating circumstances related to the demands upon his time, such that as yet the plaintiff's expert witness disclosure has not yet been made.  The plaintiff expects to provide its expert witness disclosure by not later than Friday, June 25, 2007.

2.     The defendant needs the information to be provided by the plaintiff's expert witness disclosure in order to prepare its expert witnesses and to provide the expert witness disclosure required of it by the Uniform Scheduling Order.  The additional time sought for the defendant's expert witness disclosure is approximately the same interval after receipt of the plaintiff's expert witness disclosure that is provided by the original Uniform Scheduling Order (Doc. 8).

3.     The parties assert that the relief requested herein will not cause a need for any other court-imposed deadlines to be changed.

THE FOREGOING CONSIDERED, plaintiff PFMI and defendant EMCOR jointly move the Court to amend the Uniform Scheduling Order (Doc. 8) as above requested.


/s/ Scarlette M. Tuley
SCARLETTE M. TULEY
Attorney for Plaintiff
Professional Facilities Management, Inc.


OF COUNSEL:
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL  36103-4160
(334) 269-2343
(334) 954-7555 (Fax)
Email:  RHON.JONES@BEASLEYALLEN.COM
Email:  SCARLETTE.TULEY@BEASLEYALLEN.COM

/s/ Jack Owen
_____
JACK OWEN   (ASB-4805-N66C)
Attorney for Defendant
Emcor Facilities Services, Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: CCOWEN@BALL-BALL.COM

and

Benjamin H. Sawyer
SUTHERLAND, ASBILL & BRENNAN, LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 853-8188
Email: BENJAMIN.SAWYER@SABLAW.COM