IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PROFESSIONAL FACILITIES    )
MANAGEMENT, INC.,          )
                           )
    Plaintiff,             )
                           )        CIVIL ACTION NO.
    v.                     )         2:06cv1136-MHT
                           )
EMCOR FACILITIES SERVICES, )
INC.,                      )
                           )
    Defendant.             )
```

ORDER

It is ORDERED that the second motion to amend scheduling order (doc. no. 14) is granted as requested.

DONE, this the 9th day of July, 2007.

             /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE