IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:06cv1136-MHT |
| EMCOR FACILITIES SERVICES, INC., | ) ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion for leave to amend answer (doc. no. 16) is granted. The court assumes that the opposing party has no objection to the allowance of the amendment; however, if it does, it must file the objection within seven days from the date of this order.

DONE, this the 12th day of July, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE