IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 2:06CV1136-MHT |
| EMCOR FACILITIES SERVICES, INC., Defendant. | ) ) ) ) |

**AMENDED ANSWER**

Defendant EMCOR Facilities Services, Inc. hereby amends its Answer and Counterclaim (Doc. 2) by adding the following Eleventh Affirmative Defense, pursuant to leave granted by the Court on July 12, 2007 (Doc. 17):

**ELEVENTH AFFIRMATIVE DEFENSE**

77A.   Plaintiff's claims are barred by operation of the Statute of Frauds, § 8-9-2, Ala. Code 1975.

All paragraphs of Defendant EMCOR's original Answer and Counterclaim are incorporated herein by reference.

/s/ Jack Owen
JACK OWEN   (ASB-4805-N66C)
Attorney for Defendant
Emcor Facilities Services, Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: CCOWEN@BALL-BALL.COM

and

Benjamin H. Sawyer
SUTHERLAND, ASBILL & BRENNAN, LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 853-8188
Email: BENJAMIN.SAWYER@SABLAW.COM

---

## CERTIFICATE OF SERVICE

    I hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                                                   /s/ Jack Owen
                                                   OF COUNSEL

Mr. Rhon E. Jones
Ms. Scarlette M. Tuley
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL  36103-4160
Email:  RHON.JONES@BEASLEYALLEN.COM
Email:  SCARLETTE.TULEY@BEASLEYALLEN.COM