**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| PROFESSIONAL FACILITIES ) | |
| MANAGEMENT, INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06CV1136-MHT |
| ) | |
| EMCOR FACILITIES SERVICES, INC., ) | |
| Defendant. ) | |

## THIRD JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Professional Facilities Management, Inc. ("PFMI") and Defendant EMCOR Facilities Services, Inc. ("EMCOR") jointly move the Court to amend the Uniform Scheduling Order entered in this action on January 23, 2007 (Doc. 8) so as to allow Defendant EMCOR an additional twenty-seven (27) days to furnish expert witness reports to Plaintiff PFMI, required by Section 8 of the Uniform Scheduling Order.

As grounds for this motion, the parties assert the following:

1. The parties previously requested (Doc. 14) and the Court granted (Doc. 15) an amendment to the Uniform Scheduling Order related to furnishing expert witness disclosures. Defendant EMCOR will comply with the existing deadline for identifying its expert witnesses and furnishing the experts' opinions, August 3, 2007, but asks for additional time only for providing written reports required by Section 8 of the Uniform Scheduling Order.

2. Defendant EMCOR's experts have advised that they need additional time to complete their reports, to be furnished to Plaintiff PFMI.

3. Counsel for Plaintiff PFMI consents to the additional time sought by Defendant EMCOR.

4. The parties assert that the relief requested herein will not cause a need for any other court-imposed deadlines to be changed.

THE FOREGOING CONSIDERED, plaintiff PFMI and defendant EMCOR jointly move the Court to amend Section 8 of the Uniform Scheduling Order (Doc. 8) to allow Defendant EMCOR until August 30, 2007, to furnish its expert witness reports to Plaintiff PFMI.

/s/ Scarlette M. Tuley
SCARLETTE M. TULEY
Attorney for Plaintiff
Professional Facilities Management, Inc.

OF COUNSEL:
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL  36103-4160
(334) 269-2343
(334) 954-7555 (Fax)
Email:  RHON.JONES@BEASLEYALLEN.COM
Email:  SCARLETTE.TULEY@BEASLEYALLEN.COM

/s/ Jack Owen
JACK OWEN   (ASB-4805-N66C)
Attorney for Defendant
Emcor Facilities Services, Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: CCOWEN@BALL-BALL.COM

and

Benjamin H. Sawyer
SUTHERLAND, ASBILL & BRENNAN, LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 853-8188
Email: BENJAMIN.SAWYER@SABLAW.COM