IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PROFESSIONAL FACILITIES     )
MANAGEMENT, INC.,           )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )         2:06cv1136-MHT
                            )
EMCOR FACILITIES SERVICES,  )
INC.,                       )
                            )
    Defendant.              )
```

ORDER

It is ORDERED that the joint motion to amend (doc. no. 19) is granted.

DONE, this the 7th day of August, 2007.

                 /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE