IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., | § § § |
| Plaintiff, | § § |
| v. | § § |
| EMCOR FACILITIES SERVICES, INC.; and A, B, and C, as fictitious parties, | § CIVIL ACTION NO: **2:06CV1136-MHT** § § § § |
| Defendants. | § |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW the Plaintiff pursuant to this Court's Uniform Scheduling Order and reports that the parties represented by Scarlette Tuley for the Plaintiff and Jack Owen for the Defendant conducted a settlement conference on August 3, 2007. At this time, the parties discussed the possibility of settlement.

It was determined that settlement could not be reached at this time, but that after completion of discovery the parties should re-confer regarding settlement possibilities.

The parties believe mediation may be helpful in resolving this matter. However, the parties believe mediation would be premature if attempted prior to discovery being completed. Once discovery is completed, the parties will be in a better position to evaluate settlement possibilities.

            s/ Scarlette M. Tuley_____
            Rhon E. Jones (JON093)
            Scarlette M. Tuley (TUL007)
            Attorneys for Plaintiff

OF COUNSEL:
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office 4160
Montgomery, Alabama 36103-4160
Phone:  (333) 269-2343
Fax:  (334) 954-7555

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> either by virtue of electronic filing or by placing a copy of same in the United States Mail, first class, postage prepaid, a true and correct copy of the above and foregoing document on this the 7th day of August, 2007.

                                                               s/  Scarlette M. Tuley
                                                               OF COUNSEL

Mr. Jack Owen
Ball, Ball, Matthews & Novak, PA
Post Office Box 2148
Montgomery, Alabama 36102-2148
ccowen@ball-ball.com

Mr. Benjamin H. Sawyer
Mr. Lee C. Davis
Sutherland, Asbill & Brennan, LLP
999 Peachtree Street, NE
Atlanta, Georgia 30309
(404) 853-8188
ben.sawyer@sablaw.com
lee.davis@sablaw.com