IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC.,<br>Plaintiff,<br><br>v.<br><br>EMCOR FACILITIES SERVICES, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 2:06CV1136-MHT<br>)<br>)<br>) |

**AMENDED**
**SUBMISSION OF EVIDENCE**
**IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant EMCOR Facilities Services, Inc. ("EMCOR"), hereby amends its Submission of Evidence in Support of Motion for Partial Summary Judgment, filed on August 17, 2007, to correct the misidentified employer of witness Sean Brookings, the transcript of whose deposition testimony was submitted as Exhibit E. The corrected identification of said Exhibit E is set forth below:

EXHIBIT:

A. July 13, 2005, Agreement between EMCOR and plaintiff Professional Facilities Management, Inc. (""PFMI").

B. Deposition Transcript of PFMI President, Greg Littlefield.

C. Plaintiff PFMI's Complaint.

D. Deposition Transcript of PFMI Vice President, James Wohlers.

E. Deposition Transcript of Sean Brookings, ~~PFMI~~ EMCOR Employee.

F. Report of plaintiff PFMI's Expert.

_____
JACK OWEN  (ASB-4805-N66C)
Attorney for Defendant
Emcor Facilities Services, Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: CCOWEN@BALL-BALL.COM

and

Benjamin H. Sawyer
SUTHERLAND, ASBILL & BRENNAN, LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 853-8188
Email: BENJAMIN.SAWYER@SABLAW.COM

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2007, I mailed a copy of the foregoing to counsel for the plaintiff, by placing the same in the U. S. Mail, first class Postage prepaid and properly addressed as shown below.

_____
OF COUNSEL

Mr. Rhon E. Jones
Ms. Scarlette M. Tuley
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
Email: RHON.JONES@BEASLEYALLEN.COM
Email: SCARLETTE.TULEY@BEASLEYALLEN.COM

2