RECEIVED

2007 AUG 17 P 9: 36

IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 2:06CV1136-MHT |
| EMCOR FACILITIES SERVICES, INC.; and A, B, and C, as fictitious parties | ) ) ) ) ) | |
| Defendants. | ) | |

### EMCOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I, II, III, AND IV OF PLAINTIFF'S COMPLAINT AND BREACH OF AN ALLEGED TWO YEAR ORAL CONTRACT

EMCOR Facilities Services, Inc. ("EMCOR"), pursuant to Fed. R. Civ. P. 56, hereby moves this Court to enter judgment in its favor on Counts I, II, III, and IV of Plaintiff's Complaint for alleged false and innocent misrepresentations of square footage amounts concerning Plaintiff's unit price janitorial service contract. Plaintiff's Fed. R. Civ. P. 30(b)(6) corporate representatives admit: i) Plaintiff's contract price is determined by the amount of square footage that would actually be cleaned; ii) the amount of net square footage was unknown to EMCOR and Plaintiff prior to execution of the contract; and iii) Plaintiff was required and paid to measure the actual amount of cleaned square footage of facilities within its scope of work.

1

EMCOR also moves this Court for summary judgment on Plaintiff's claim of $420,614.00 for two years of lost profits on an alleged oral contract because the Alabama Statute of Frauds bars Plaintiff's claim. Ala. Code § 8-9-2(1).

EMCOR further moves the Court to enter partial summary judgment on Count I, Plaintiff's breach of contract claim, because Plaintiff admits it is only entitled to payment for actual square footage cleaned, not gross square footage.

This motion is based upon the Brief in Support of Motion for Partial Summary Judgment and Statement of Undisputed Material Facts filed herewith, the admissions of Plaintiff's Fed. R. Civ. P. 30(b)(6) corporate representatives, all pleadings and all papers of record with the Court, and any oral argument this Court may consider and allow.

Respectfully submitted this 17th day of August, 2007,

Benjamin H. Sawyer
GA Bar No. 627935
*Attorney for Defendant*
*EMCOR Facilities Services, Inc.*

SUTHERLAND, ASBILL & BRENNAN, LLP
999 Peachtree Street, NE
Atlanta, GA 30309
(404) 853-8000
Email: ben.sawyer@sab.law.com

CO-COUNSEL OF RECORD:
Jack Owen
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, Alabama 36102-2148
(334) 387-7680
(334) 387-3222 (fax)
Email: ccowen@ball-ball.com

2

Litcon 238926v1

                                                          /s/ Jack Owen
Jack Owen
ASB-4805-N66C
Attorney for Defendant
EMCOR Facilities Services, Inc.

BALL, BALL, MATTHEWS & NOVAK, P.A.
P.O. Box 2148
Montgomery, Alabama 36102-2148
(334) 387-7680
(334) 387-3222 (fax)
Email: ccowen@ball-ball.com

3

IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., ) ) ) Plaintiff, ) ) v. ) ) EMCOR FACILITIES SERVICES, ) INC.; and A, B, and C, as fictitious ) parties ) ) Defendants. ) | Civil Action No.: 2:06CV1136-MHT |

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August 2007, a copy of the foregoing

DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I, II, III,

AND IV OF PLAINTIFF'S COMPLAINT AND BREACH OF AN ALLEGED TWO YEAR

ORAL CONTRACT AND BRIEF IN SUPPORT was served upon Plaintiff, by depositing a

copy of same in the United States Mail, postage prepaid, in a properly addressed envelope to:

Rhon E. Jones and Scarlette M. Tuley
Beasley, Allen, Crow, Methvin, Portis
& Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103-4160

_____
Benjamin H. Sawyer
GA Bar No. 627935

SUTHERLAND, ASBILL & BRENNAN, LLP
999 Peachtree Street, NE
Atlanta, GA 30309
Phone: (404) 853-8000

Litcon 238926v1