IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06cv1136-MHT |
| EMCOR FACILITIES SERVICES, INC., | ) ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion for partial summary judgment (doc. no. 23) is set for submission, without oral argument, on September 10, 2007, with any opposing briefs and evidentiary materials due by said date.

DONE, this the 22nd day of August, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE