IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., | §§§§§ |
| Plaintiff, | §§ |
| v. | §§ |
| EMCOR FACILITIES SERVICES, INC.; and A, B, and C, as fictitious parties, | § CIVIL ACTION NO: 2:06CV1136-MHT §§§§ |
| Defendants. | §§ |

## FOURTH JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Professional Facilities Management, Inc. (PFMI) and Defendant EMCOR Facilities Services, Inc. ("EMCOR") jointly move the Court to amend the Uniform Scheduling Order entered in this action on January 23, 2007 (Doc. 8) so as to allow both parties an additional two weeks to complete discovery.

As grounds for this motion, the parties assert the following:

1.  The Uniform Scheduling Order (Doc. 8, Section 7) initially required discovery to be completed by July 12, 2007. This Court in its June 5, 2007 Order (Doc. 13) granted an extension of 60 days for the completion of discovery to September 12, 2007.

2.  Both parties have been diligent in the scheduling and completing of depositions.

3.  During the pendency of this matter fact witnesses have relocated from a relatively centralized area to being spread out amongst various states, including North Carolina, Virginia, Indiana and Georgia. The locations of fact witnesses have made the completion of depositions necessary to preserve trial testimony more difficult to accomplish.

4.       Both parties believe that an additional sixteen (16) days would allow for the completion of discovery without interference with any of the Court's other deadlines.

THE FOREGOING CONSIDERED, plaintiff PFMI and defendant EMCOR jointly move the Court to amend the Uniform Scheduling Order (Doc. 8) as above requested.

/s/ Scarlette M. Tuley_____
Scarlette M. Tuley (ASB-4517-T54S)
Attorney for Plaintiff

OF COUNSEL:
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office 4160
Montgomery, Alabama 36103-4160
Phone:  (333) 269-2343
Fax:  (334) 954-7555

/s/ Jack Owen_____
Jack Owen (ASB-4805-N66C)
Attorney for Defendant

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148
(334) 387-7680
(334)387-3222 (Fax)
Email:  CCOwen@Ball-Ball.com

and

Benjamin H. Sawyer
SUTHERLAND, ASBILL & BRENNAN, LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 853-8188
Email: Benjamin.Sawyer@SABLaw.com