IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PROFESSIONAL FACILITIES      )
MANAGEMENT, INC.,            )
                             )
    Plaintiff,               )
                             )   CIVIL ACTION NO.
    v.                       )     2:06cv1136-MHT
                             )
EMCOR FACILITIES SERVICES,   )
INC.,                        )
                             )
    Defendant.               )
```

ORDER

It is ORDERED that the joint motion to amend (doc. no. 27) is granted.

DONE, this the 11th day of September, 2007.

                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE