IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

PROFESSIONAL FACILITIES    )
MANAGEMENT, INC.,          )
                           )
    Plaintiff,             )
                           )    CIVIL ACTION NO.
    v.                     )    2:06cv1136-MHT
                           )
EMCOR FACILITIES SERVICES, )
INC.,                      )
                           )
    Defendant.             )

ORDER

Because of a scheduling conflict, it is ORDERED that the uniform scheduling order is amended to reflect that the pretrial is on October 19, 2007, with all deadlines tied to that date adjusted accordingly.

DONE, this the 11th day of September, 2007.

        /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**