**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| PROFESSIONAL FACILITIES ) | |
| MANAGEMENT, INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06CV1136-MHT |
| ) | |
| EMCOR FACILITIES SERVICES, INC., ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO FILE REPLY**
**TO PLAINTIFF'S OPPOSITION TO EMCOR FACILITIES SERVICES, INC.'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. 28)**

Defendant EMCOR Facilities Services, Inc. ("EMCOR"), hereby seeks leave from this Court to file a Reply to Plaintiff's Opposition to EMCOR's Motion for Partial Summary Judgment (Doc. 28).

As grounds, EMCOR asserts the following:

1. EMCOR filed its Motion for Partial Summary Judgment (Doc. 23) on August 17, 2007.

2. In its Opposition, Plaintiff relies incorrectly upon several depositions that were taken after the dispositive motion deadline of August 17, 2007. *See* Plaintiff's Brief in Opposition to EMCOR's Motion for Partial Summary Judgment (Doc. 28) (Plaintiff cites to the following depositions that were conducted after EMCOR's Motion for Partial Summary Judgment in its Opposition: deposition of Mr. Ronald Eller, August 28, 2007; deposition of Ms. Edna Green, August 29, 2007; deposition of Mr. Randy Hondros, August 29, 2007; and deposition of Ms. Deborah Willis, September 5, 2007).

3. The Court's August 22, 2007 Order (Doc. 26) directed opposing brief and evidentiary materials to be filed by September 10, 2007, at which time EMCOR's Motion for Partial Summary Judgment would be deemed submitted, without oral argument. Plaintiff's Opposition Brief and materials were filed on that date. The Court's Submission Order, however, does not expressly permit EMCOR to file a Reply Brief, which is necessary to address the contentions of the Plaintiff's Opposition Brief. Accordingly, EMCOR requests leave to file a Reply in order to properly respond to the contentions in Plaintiff's Opposition Brief and to streamline the issues for trial.

4. EMCOR respectfully requests that it be given ten (10) days to file its reply and represents to the Court that its Reply will not exceed ten (10) pages.

THE FOREGOING CONSIDERED, defendant EMCOR moves the Court for leave to file a Brief in Reply to Plaintiff's Opposition to EMCOR's Motion for Partial Summary Judgment

/s/ Jack Owen
JACK OWEN   (ASB-4805-N66C)
Attorney for Defendant
Emcor Facilities Services, Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: CCOWEN@BALL-BALL.COM

and
Benjamin H. Sawyer
SUTHERLAND, ASBILL & BRENNAN, LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 853-8188
Email: BENJAMIN.SAWYER@SABLAW.COM

## CERTIFICATE OF SERVICE

      I hereby certify that on September 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                                                         /s/ Jack Owen
                                                        OF COUNSEL

Mr. Rhon E. Jones
Ms. Scarlette M. Tuley
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
Email: RHON.JONES@BEASLEYALLEN.COM
Email: SCARLETTE.TULEY@BEASLEYALLEN.COM