IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PROFESSIONAL FACILITIES     )
MANAGEMENT, INC.,           )
                            )
    Plaintiff,              )
                            )      CIVIL ACTION NO.
    v.                      )        2:06cv1136-MHT
                            )
EMCOR FACILITIES SERVICES,  )
INC.,                       )
                            )
    Defendant.
```

ORDER

It is ORDERED as follows:

(1) The motion for leave to file reply (Doc. No. 31) is granted.

(2) The reply is due within seven days from the date of this order.

DONE, this the 13th day of September, 2007.

                          /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE