IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 SEP 19 A 9: 36

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 2:06CV1136-MHT ) |
| EMCOR FACILITIES SERVICES, INC., Defendant. | ) ) ) |

## SUBMISSION OF EVIDENCE IN SUPPORT OF MOTION FOR LEAVE TO AMEND COUNTERCLAIM AND ADD A COUNTERCLAIM DEFENDANT

Defendant EMCOR Facilities Services, Inc. ("EMCOR") hereby submits the original Affidavit of Ramon Stribling (Exhibit C) in support of its Motion for Leave to Amend Counterclaim and Add a Counterclaim Defendant filed on September 17, 2007.

/s/ Jack Owen
JACK OWEN   (ASB-4805-N66C)
Attorney for Defendant
Emcor Facilities Services, Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: CCOWEN@BALL-BALL.COM

and

Benjamin H. Sawyer
SUTHERLAND, ASBILL & BRENNAN, LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 853-8188
Email: BENJAMIN.SAWYER@SABLAW.COM

## CERTIFICATE OF SERVICE

      I certify that the foregoing document has been served upon the following by placing copy of same in the United States Mail, first class, postage prepaid and properly addressed on September 18, 2007.

 

_____
OF COUNSEL

Mr. Rhon E. Jones
Ms. Scarlette M. Tuley
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
Email: RHON.JONES@BEASLEYALLEN.COM
Email: SCARLETTE.TULEY@BEASLEYALLEN.COM

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC.,<br>Plaintiff,<br><br>v.<br><br>EMCOR FACILITIES SERVICES, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 2:06CV1136-MHT<br>)<br>)<br>) |

### AFFIDAVIT OF RAMON STRIBLING

Before me, the undersigned authority, personally appeared RAMON STRIBLING, who, after being duly sworn, deposes and states as follows:

1. My name is Ray Stribling. I am over the age of eighteen (18), suffer no legal disability, and am otherwise competent to make this Affidavit.

2. I currently serve as salesperson for EMCOR Services/Aircond, located at 400 Lake Ridge Dr., Smyrna GA 30082 and have served in this capacity for 1 year 9 months. I have personal knowledge of the facts sworn to in this Affidavit and if called to testify in a court of law, I would appear and aver truthfully to these facts.

3. During March, 2005 through July, 2006, I served as the Manager of O&M at EMCOR Services/Aircond and then the Business Development Manager of O&M for EMCOR Services/Aircond.

4. During March, 2005 through June, 2006, Mr. Alan Cristal was employed by EMCOR Facilities Services, Inc.

1


EXHIBIT C

5. At no point in time did Alan Cristal inform me that he was receiving money from Professional Facilities Management, Inc. ("PFMI") or its President, Greg Littlefield, while he was employed by EMCOR Facilities Services, Inc.

6. At no point in time did Alan Cristal seek permission or approval from me to receive payment from PFMI or Greg Littlefield, while he was an employee of EMCOR Facilities Services, Inc.

7. I never knew of or approved Alan Cristal's receipt of payment from PFMI or Greg Littlefield.

8. The first time I was informed of Alan Cristal's receipt of payment from PFMI or Greg Littlefield while he was an EMCOR Facilities Services, Inc. employee was September, 2007. To the best of my knowledge, information, and belief, no other EMCOR representative knew of and/or approved Alan Cristal's receipt of money from PFMI or Greg Littlefield while he was an employee of EMCOR Facilities Services, Inc.

9. Accepting payment from a subcontractor while working for EMCOR violates EMCOR's Standards of Business Ethics and Conduct policies.

FURTHER SAYETH AFFIANT NAUGHT

_____
Ramon Stribling

SUBSCRIBED AND SWORN
BEFORE ME ON THIS THE
_17th_ DAY OF _September_, 200_7_
_Cheryl Hiles Jugovic_
Notary Public
My Commission Expires:
_1-15-08_

Notary Public, Fulton County, Georgia
My Commission Expires January 15, 20__

2