IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:06cv1136-MHT |
| EMCOR FACILITIES SERVICES, INC., ) ) ) | |
| Defendant. | |

### ORDER

It is ORDERED that the motion for leave to amend counterclaim and add a counterclaim defendant (Doc. No. 34) is set for submission, without oral argument, on October 17, 2007, with all briefs due by said date.

DONE, this the 21st day of September, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE