IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., | § § § § § | |
| Plaintiff, | | |
| v. | § § | |
| EMCOR FACILITIES SERVICES, INC.; and A, B, and C, as fictitious parties, | § § § § § § | CIVIL ACTION NO: <u>2:06CV1136-MHT</u> |
| Defendants. | § | |

## EMERGENCY MOTION FOR PROTECTIVE ORDER

COMES NOW Counterclaim Defendant Professional Facilities Management, Inc. (PFMI) and moves this Court for protection from the second deposition of PFMI's President and CEO, Greg Littlefield. In support of said motion, Counterclaim Defendant shows as follows:

1. On September 21, 2007 Counterclaim Plaintiff EMCOR Facilities Services, Inc. (EMCOR) served a Second Notice of Deposition of Greg Littlefield with Request for Production of Documents on PFMI. *Exhibit A*, Notice of Deposition. This Notice set the deposition for one week later, September 28, 2007.

2. Greg Littlefield was deposed on August 9, 2007 in response to Emcor's Notice of Deposition of Greg Littlefield and as a corporate representative of PFMI. *Exhibit B*, Excerpts of Littlefield deposition.

3. That deposition was multi-hour and Counterclaim Plaintiff EMCOR Facilities Services, Inc. (EMCOR) had the opportunity to explore any discoverable topics they wished during that deposition.

4. PFMI objects to the time and expense associated with having its President and CEO re-deposed in this matter.

5. This deposition is to support EMCOR's untimely filed Motion for Leave to Amend Counterclaim and Add a Counterclaim Defendant.

6. The discovery deadline in this case is September 28, 2007. (Doc 29 – granting 16 day discovery extension).

7. Counterclaim Defendant PFMI would be prejudiced by allowing EMCOR to re-depose Greg Littlefield, whom EMCOR is trying to add at this late date as a party.

8. Allowing this re-deposition on the last day of discovery offers PFMI no opportunity to defend against this untimely filed count.

9. This Court has issued an Order setting EMCOR's Motion for Leave to Amend and Add Counterclaim Defendants for submission on October 17, 2007. (Doc. 38)  PFMI plans to file an opposition to EMCOR's motion well within that deadline.  Should Emcor's Motion be denied PFMI would have been put to undue burden and expense in proffering Greg Littlefield for a second deposition.

10. Because this deposition has been noticed for this Friday September 28, PFMI asks for this Court to rule on Plaintiff's Motion for Protective Order in an

emergency fashion as allowing this deposition to go forward as scheduled would be manifestly unjust to PFMI.

11. EMCOR's Notice of Deposition includes a 30(b)(5) document request. This document request served on September 21, 2007 allows PFMI only seven (7) days in which to respond. Seven days does not allow adequate time to comply with a request for production of documents.

s/ Scarlette M. Tuley<br>
Rhon E. Jones (JON093)<br>
Scarlette M. Tuley (TUL007)<br>
Attorney for Plaintiff

OF COUNSEL:
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office 4160
Montgomery, Alabama 36103-4160
Phone: (333) 269-2343
Fax: (334) 954-7555

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> either by virtue of electronic filing or by placing a copy of same in the United States Mail, first class, postage prepaid, a true and correct copy of the above and foregoing document on this the 24th day of September, 2007.

s/ Scarlette M. Tuley<br>
OF COUNSEL

Mr. Jack Owen
Ball, Ball, Matthews & Novak, PA
Post Office Box 2148
Montgomery, Alabama 36102-2148
ccowen@ball-ball.com

Mr. Benjamin H. Sawyer

Mr. Lee C. Davis
Sutherland, Asbill & Brennan, LLP
999 Peachtree Street, NE
Atlanta, Georgia 30309
(404) 853-8188
ben.sawyer@sablaw.com
lee.davis@sablaw.com



IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | Civil Action No.: 2:06CV1136-MHT |
| ) | |
| EMCOR FACILITIES SERVICES, INC.; and A, B, and C, as fictitious parties ) ) ) ) | |
| Defendants. ) | |

**DEFENDANT'S SECOND NOTICE OF DEPOSITION OF GREG LITTLEFIELD WITH REQUEST FOR PRODUCTION OF DOCUMENTS**

Please take notice that Defendant will take the deposition of Greg Littlefield upon oral examination before a court reporting service who is authorized to administer oaths under the laws on September 28, 2007 at a mutually agreed time and place. Pursuant to Fed. R. Civ. P. 30(b)(5), the deponent is requested to produce documents identified in Exhibit "A" at the time of deposition.

Benjamin H. Sawyer
GA Bar No. 627935
Attorney for Defendant
EMCOR Facilities Services, Inc.

SUTHERLAND, ASBILL & BRENNAN, LLP
999 Peachtree Street, NE
Atlanta, GA 30309
Phone: (404) 853-8000

LOCAL COUNSEL OF RECORD:
Jack Owen
Ball, Ball, Matthews & Novak, P.A.

1

LitCon 238963.1

P.O. Box 2148
Montgomery, Alabama 36102-2148
(334) 387-7680
(334) 387-3222 (fax)
Email: ccowen@ball-ball.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2007, I served a copy of the foregoing upon counsel for all parties to the above styled action, by facsimile, and by placing the same in the U.S. Mail first class postage prepaid and properly addressed to the following:

Rhon E. Jones (JONE7747)
Scarlette M. Tuley (TULE4517)
Attorneys for Plaintiff

OF COUNSEL:
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.
Post Office 4160
Montgomery, Alabama 36103-4160
Phone: (333) 269-2343
Fax: (334) 954-7555

OF COUNSEL

2

LitCon 238963.1

EXHIBIT "A"

1. All documents related to, evidencing, or reflecting PFMI and/or Greg Littlefield's payment to Alan Cristal, while he was employed by EMCOR.

MERRILL LEGAL SOULTIONS
Court Reporting*Legal Videography*Trial Services

## Page 1

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE MIDDLE DISTRICT OF ALABAMA
2              NORTHERN DIVISION
3
     PROFESSIONAL FACILITIES
4    MANAGEMENT, INC.,
5        Plaintiff,
                    CASE NUMBER
6    vs.             2:06CV1136-MHT
7    EMCOR FACILITIES SERVICES,
     INC.; and A, B, and C, as
8    fictitious parties,
9        Defendants.
10
11   *  *  *  *  *  *  *  *
12
13       DEPOSITION OF GREG LITTLEFIELD,
14   taken pursuant to stipulation and
15   agreement before Barbara A. Howell,
16   Court Reporter and Commissioner for the
17   State of Alabama at Large, in the Law
18   Offices of Beasley, Allen, Crow,
19   Methvin, Portis & Miles, P.C., 250
20   Commerce Street, Montgomery, Alabama, on
21   Thursday, August 9, 2007, commencing at
22   approximately 9:25 a.m.
23

## Page 2

1        APPEARANCES
2
     FOR THE PLAINTIFF:
3
     Ms. Scarlette M. Tuley
4    BEASLEY, ALLEN, CROW, METHVIN,
     PORTIS & MILES, P.C.
5    Attorneys at Law
     250 Commerce Street
6    Montgomery, Alabama  36104
7
     FOR THE DEFENDANTS:
8
     Mr. Benjamin H. Sawyer
9    SUTHERLAND, ASBILL & BRENNAN, LLP
     Attorneys at Law
10   999 Peachtree Street, NE
     Atlanta, Georgia  30309
11
12   ALSO PRESENT:
13   Mr. Jim Wohlers

## Page 3

1        INDEX
2    EXAMINATION BY:            PAGE
3    MR. SAWYER.....................  5
4
     EXHIBITS                   PAGE
5
     JOINT EXHIBIT #14................  64
6
     JOINT EXHIBIT #15................  65
7
     JOINT EXHIBIT #16................  85
8
     JOINT EXHIBIT #17................  145
9
     JOINT EXHIBIT #18................  173
10
     JOINT EXHIBIT #19................  177
11
     JOINT EXHIBIT #20................  180
12
     JOINT EXHIBIT #21................  183

## Page 4

1            STIPULATIONS
2        It is hereby stipulated and agreed
3    by and between counsel representing the
4    parties that the deposition of GREG
5    LITTLEFIELD is taken pursuant to the
6    Federal Rules of Civil Procedure and
7    that said deposition may be taken before
8    Barbara A. Howell, Court Reporter and
9    Commissioner for the State of Alabama at
10   Large, without the formality of a
11   commission; that objections to questions
12   other than objections as to the form of
13   the questions need not be made at this
14   time but may be reserved for a ruling at
15   such time as the deposition may be
16   offered in evidence or used for any
17   other purpose as provided for by the
18   Federal Rules of Civil Procedure.
19       It is further stipulated and agreed
20   by and between counsel representing the
21   parties in this case that said
22   deposition may be introduced at the
23   trial of this case or used in any manner

1933 Richard Arrington Jr. blvd, S*Birmingham, AL 35209*www.merrillcorp.com
1-800-888-DEPO

MERRILL LEGAL SOLUTIONS
800.888.3376 Toll Free
205.252.5644 Fax
Birmingham, AL 35209