IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CIVIL ACTION NO. 2:06cv1136-MHT |
| EMCOR FACILITIES SERVICES, INC., *et al.* | ) ) ) ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

On September 24, 2007, Counterclaim Defendant Professional Facilities Management, Inc. (PFMI) filed an Emergency Motion for Protective Order (Doc. #39) seeking a court order to preclude Counterclaim EMCOR Facilities Services, Inc. (EMCOR) from deposing for a second time Greg Littlefield, PFMI's President and CEO. The following day, EMCOR filed a response in opposition to PFMI's motion. The response moves the Court for leave to conduct the deposition pursuant to Fed. R. Civ. P. 30(a)(2). The Court construes the response as containing a motion for leave to conduct the deposition. The undersigned has carefully considered the motions and for the reasons stated in EMCOR's motion (Doc. #40 at 4), it is

ORDERED that the Motion for Protective Order (Doc. #39) is DENIED. It is further

ORDERED that EMCOR's Motion to Conduct the Deposition of Greg Littlefield (Doc. #40) is GRANTED. It is further

ORDERED that the deposition is limited **only** to the topic of Greg Littlefield's payment to Alan Cristal for hiring PFMI on the Branch Banking & Trust project. It is further

ORDERED that EMCOR shall bear the costs of the deposition.

DONE this 26th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE