IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:06cv1136-MHT |
| EMCOR FACILITIES SERVICES, INC., | ) ) ) | |
| Defendant. | | |

### ORDER

It is ORDERED that the motion for leave to amend counterclaim and add a counterclaim defendant (Doc. No. 34) is granted.

DONE, this the 22nd day of October, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE