IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:06cv1136-MHT |
| EMCOR FACILITIES SERVICES, INC., | ) ) ) ) | |
| Defendant. | | |

ORDER

Based on the representations made by counsel for all parties on October 19, 2007, and because a new counterclaim and counterclaim defendant have been added to this case, it is ORDERED that the uniform scheduling order (Doc. No. 8) is modified in the following respects:

(1) The pretrial is reset for February 21, 2008, at 9:00 a.m., and the trial is set for the term of court beginning on March 31, 2008, with all deadlines expressly tied to these two dates

adjusted accordingly. The parties are to submit a proposed pretrial order by February 19, 2008.

(2) The deadline for completing discovery is extended to January 28, 2008.

(3) The deadline for filing dispositive motions is extended to January 28, 2008.

(4) All other deadlines are unchanged.

DONE, this the 22nd day of October, 2007.


                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE