IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., Plaintiff, | ) ) ) ) | **SUMMONS IN A CIVIL ACTION** |
| v. | ) ) | Civil Action No. <u>2:06CV1136-MHT</u> |
| EMCOR FACILITIES SERVICES, INC., Defendant. | ) ) ) | |

TO:   Greg Littlefield
      860 Meriwether Road
      Pike Road, AL 36064

YOU ARE HEREBY SUMMONED and required to serve on Counterclaim-Plaintiff's Attorney (name and address)

Jack Owen, Esq.
Ball, Ball, Matthews & Novak, P.A.
P. O. Box 2148
Montgomery, AL 36102-2148

an answer to the Amended Counterclaim which is serve on you with this Summons, within 20 days after service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Amended Counterclaim. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
_____           __10/24/07_____
CLERK                                  DATE
_____
(By) Deputy Clerk

**RETURN OF SERVICE**

SERVED - DATE:_____   PLACE:_____

SERVED ON:_____   SERVED BY:_____