IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., | § § § | |
| Plaintiff, | § § § | |
| v. | § § | |
| EMCOR FACILITIES SERVICES, INC.; and A, B, and C, as fictitious parties, | § § § § § | CIVIL ACTION NO: <u>2:06CV1136-MHT</u> |
| Defendants. | § § | |

PROFESSIONAL FACILITIES MANAGEMENT, INC.'S
<u>ANSWER TO AMENDED COUNTERCLAIM</u>

Counterclaim Defendant, Professional Facilities Management, Inc. (PFMI) states the following answer to the counterclaim asserted by EMCOR Facilities Services, Inc. (EMCOR):

<u>ANSWER TO NUMBERED PARAGRAPHS OF COUNTERCLAIM</u>

79.   PFMI is without sufficient knowledge or information to form a belief as to the truth of the averments contained in Paragraphs 1-78.

80.   PFMI admits EMCOR is organized under Connecticut law. PFMI is without sufficient knowledge or information to form a belief as to the truth of the remaining averments.

81.   Admitted.

82.   Admitted.

83.   PFMI admits EMCOR entered into a contract with BB&T for certain services. PFMI is without sufficient knowledge or information to admit or deny the timing, value, or all the services covered by said contract.

84. Denied.

85. Denied as stated.

86. Denied as stated.

87. Denied.

88. Denied.

## COUNT I – BREACH OF CONTRACT

89. PFMI adopts and realleges all prior responses to the counterclaim.

90. PFMI admits that it entered into an agreement with EMCOR to provide cleaning services for BB&T Facilities. PFMI denies the rest of the Paragraph as stated.

91. Denied.

92. Denied.

93. Denied.

94. Denied.

## COUNT II – IDEMINITY

95. PFMI adopts and realleges all prior responses to the counterclaim.

96. Denied.

97. Denied.

98. Denied.

99. Denied.

100. Denied.

## COUNT III – NEGLIGENCE

101. PFMI adopts and realleges all prior responses to the counterclaim.

102.   Denied.

103.   Denied.

104.   Denied.

## COUNT IV – TORTUOUS INTERFERENCE WITH CONTRACTUAL AND BUSINESS RELATIONS

104.   PFMI adopts and realleges all prior responses to the counterclaim. (Two paragraphs are designated as "104" in the counterclaim.)

105.   Denied.

106.   Denied.

107.   Denied. PFMI denies any and all averments in EMCOR's "WHEREFORE" clause including all of its subparts.

## FIRST AFFIRMATIVE DEFENSE

Counterclaim Plaintiff's claims fail to state a claim upon which relief can be granted against this Defendant.

## SECOND AFFIRMATIVE DEFENSE

Counterclaim Plaintiff's claims are barred by the expiration of the applicable statute of limitations

## THIRD AFFIRMATIVE DEFENSE

Counterclaim Plaintiff's claims are barred by the failure of conditions precedent.

## FOURTH AFFIRMATIVE DEFENSE

Counterclaim Plaintiff's claims are barred by the doctrine of estoppel.

## FIFTH AFFIRMATIVE DEFENSE

Counterclaim Plaintiff's claims are barred by failure of consideration,

### SIXTH AFFIRMATIVE DEFENSE

Counterclaim Plaintiff's claims are barred by the doctrine of unclean hands.

### SEVENTH AFFIRMATIVE DEFENSE

Some or all of Counterclaim Plaintiff's claims have been waived.

### EIGHT AFFIRMATIVE DEFENSE

Counterclaim Plaintiff's recovery is precluded or must be reduced by the doctrine of setoff.

### NINTH AFFIRMATIVE DEFENSE

Some or all of Counterclaim Plaintiff's claims are barred by Counterclaim Plaintiff's material breach of its agreement with PFMI.

### TENTH AFFIRMATIVE DEFENSE

Some or all of Counterclaim Plaintiff's claims are barred by the statute of frauds.

### ELEVENTH AFFIRMATIVE DEFENSE

Counterclaim Plaintiff's claims of negligence are barred by the doctrine of contributory negligence.

### TWELVETH AFFIRMATIVE DEFENSE

Counterclaim Defendant avers that Counterclaim Plaintiff's claims are barred by superseding intervening cause.

### THIRTEENTH AFFIRMATIVE DEFENSE

Counterclaim Defendant's conduct was not the proximate cause of any injuries and/or damages to Counterclaim Plaintiff.

### FOURTEENTH AFFIRMATIVE DEFENSE

This Counterclaim Defendant avers that Counterclaim Plaintiff's claims are barred by laches.

### FIFTEENTH AFFIRMATIVE DEFENSE

Counterclaim Plaintiff's claims are barred by the parol evidence rule.

### SIXTEENTH AFFIRMATIVE DEFENSE

Counterclaim Plaintiff failed to give adequate notice of its claims.

s/ Scarlette M. Tuley
Rhon E. Jones (JONE7747)
Scarlette M. Tuley (TULE4517)
Attorneys for Plaintiff

OF COUNSEL:
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office 4160
Montgomery, Alabama 36103-4160
Phone: (333) 269-2343
Fax: (334) 954-7555

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below either by virtue of electronic filing or by placing a copy of same in the United States Mail, first class, postage prepaid, a true and correct copy of the above and foregoing document on this the 15th day of November, 2007.

s/ Scarlette M. Tuley
OF COUNSEL

Mr. Jack Owen
Ball, Ball, Matthews & Novak, PA
Post Office Box 2148
Montgomery, Alabama 36102-2148
ccowen@ball-ball.com

Mr. Benjamin H. Sawyer
Mr. Lee C. Davis
Sutherland, Asbill & Brennan, LLP
999 Peachtree Street, NE
Atlanta, Georgia 30309
(404) 853-8188
ben.sawyer@sablaw.com
lee.davis@sablaw.com