# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., ) ) ) | |
| Plaintiffs, ) ) | CASE NO: 2:06-cv-1136-MHT |
| vs. ) ) | |
| EMCOR FACILITIES SERVICES INC.; and A, B and C, as fictitious parties ) ) | |
| Defendants. | |

## ANSWER TO AMENDED COUNTERCLAIM
## AGAINST GREG LITTLEFIELD

**COMES NOW** Counterclaim Defendant Greg Littlefield, by and through his undersigned attorneys, and for answer to Defendant/Counterclaim Plaintiff EMCOR Facilities Services, Inc.'s ("EMCOR") amended counterclaim states as follows:

79. Paragraph 79 of the amended counterclaim does not appear to require a response from this defendant. However, to the extent paragraph 79 asserts allegations of wrongful conduct against this defendant, said allegations are denied.

80. PFMI admits that EMCOR is organized under the laws of the State of Connecticut. PFMI is without sufficient information to either admit or deny the remaining allegations contained in paragraph 80.

81. Admitted.

82. Admitted.

2

83. PFMI admits EMCOR entered into a contract with BB&T for certain services. PFMI is without sufficient information to either admit or deny the remaining allegations contained in paragraph 83 of the amended counterclaim.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

88. Denied.

89. This defendant adopts and realleges all prior responses to the counterclaim.

90. This defendant admits that an agreement existed between PFMI and EMCOR; otherwise, this defendant denies the remaining allegations contained in paragraph 90 of the amended counterclaim.

91. Denied.

92. Denied.

93. Denied.

94. Denied.

95. This defendant adopts and realleges all prior responses to the counterclaim.

96. Denied.

97. Denied.

98. Denied.

99. Denied.

100. Denied.

101. This defendant adopts and realleges all prior responses to the counterclaim.

102. Denied.

103. Denied.

104. Denied.

104. (Counterclaim Plaintiffs have designated two paragraphs as "104".) This defendant adopts and realleges all prior responses to the counterclaim.

105. Denied.

106. Denied.

107. Denied.

## FIRST AFFIRMATIVE DEFENSE

Counterclaim Plaintiffs' claims fail to state a claim upon which relief can be granted against this Defendant.

## SECOND AFFIRMATIVE DEFENSE

Counterclaim Plaintiffs' claims are barred by failure of conditions precedent.

## THIRD AFFIRMATIVE DEFENSE

Counterclaim Plaintiffs' claims are barred by expiration of the applicable statute of limitations.

## FOURTH AFFIRMATIVE DEFENSE

Counterclaim Plaintiffs' claims are barred by the doctrine of estoppel.

## FIFTH AFFIRMATIVE DEFENSE

Counterclaim Plaintiffs' claims are barred by failure of consideration.

## SIXTH AFFIRMATIVE DEFENSE

Counterclaim Plaintiffs' claims are barred by the doctrine of unclean hands.

### SEVENTH AFFIRMATIVE DEFENSE

Some or all of Counterclaim Plaintiffs' claims have been waived.

### EIGHTH AFFIRMATIVE DEFENSE

Counterclaim Plaintiffs' recovery is precluded or must be reduced by the doctrine of setoff.

### NINTH AFFIRMATIVE DEFENSE

Some or all of Counterclaim Plaintiffs' claims are barred by Counterclaim Plaintiffs' material breach of its agreement with PFMI.

### TENTH AFFIRMATIVE DEFENSE

Some or all of Counterclaim Plaintiffs' claims are barred by the statute of frauds.

### ELEVENTH AFFIRMATIVE DEFENSE

Counterclaim Plaintiffs' claims of negligence are barred by the doctrine of contributory negligence.

### TWELVETH AFFIRMATIVE DEFENSE

Counterclaim Defendant's conduct was not the proximate cause of any injuries and/or damages to the Counterclaim Plaintiffs.

### THIRTEENTH AFFIRMATIVE DEFENSE

This Counterclaim Defendant avers that Counterclaim Plaintiffs' claims are barred by superseding intervening cause.

### FOURTEENTH AFFIRMATIVE DEFENSE

This Counterclaim Defendant avers that Counterclaim Plaintiffs' claims are barred by laches.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Counterclaim Plaintiffs' claims are barred by the parol evidence rule.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Counterclaim Plaintiffs failed to give adequate notice of their claims.

    *s/ F. Chadwick Morriss*
    F. CHADWICK MORRISS (ASB-8504-S75F)
    Attorneys for Plaintiff and Counterclaim Defendant
    Professional Facilities Management, Inc.

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 262-6277
Email: fcm@rsjg.com (Morriss)

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 15th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: **Jack Owen, Benjamin Sawyer, Rhon E. Jones** and **Scarlette Tuley.**

    *s/ F. Chadwick Morriss*
    Of Counsel

5