IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> EMCOR FACILITIES SERVICES, INC.; and A, B, and C, as fictitious parties, <br><br> Defendants. | CIVIL ACTION NO: <u>2:06CV1136-MHT</u> |

## PLAINTIFF'S MOTION TO CONTINUE AND AMEND SCHEDULING ORDER

COMES NOW the Plaintiff and moves this Court to continue the trial of this matter and to move all deadlines. In support of this motion Plaintiff shows as follows:

1. Both parties have diligently sought to mediate this matter since the Court's December 20, 2007 Order on Summary Judgment. (Document 52).

2. The parties have chosen a mediator, both agree has the requisite skills and experience required to mediate this matter.

3. The parties and the mediator have not been able to set a date for the mediation mutually convenient for all involved. The parties have exhausted potential dates through the end of February and are now looking at March.

4. The trial in this matter is set for March 31, 2008.

5. Plaintiff would like an opportunity to mediate this case before incurring the expense associated with trial and final trial preparation.

6. Plaintiff requests the discovery deadline and dispositive motion deadline of January 28, 2008 associated with the additional count of Intentional Interference with a Business Relation be extended to nine weeks prior to the trial date, just as it is now. (Document 46, Modified Uniform Scheduling Order)

7. Plaintiff requests that all deadlines tied to the trial including pretrial be continued commensurate with a new trial date.

8. Continuance of the trial and attending deadlines will be beneficial to both parties, by allowing time to schedule a mediation and allowing the mediator time to follow up with the parties.

        s/ Scarlette M. Tuley
        Rhon E. Jones (JON093)
        Scarlette M. Tuley (TUL007)
        Attorney for Plaintiff

OF COUNSEL:
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office 4160
Montgomery, Alabama 36103-4160
Phone: (333) 269-2343
Fax: (334) 954-7555

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> either by virtue of electronic filing or by placing a copy of same in the United States Mail, first class, postage prepaid, a true and correct copy of the above and foregoing document on this the 28th day of January, 2008.

                                                    s/ Scarlette M. Tuley
                                                    OF COUNSEL

Mr. Jack Owen
Ball, Ball, Matthews & Novak, PA
Post Office Box 2148
Montgomery, Alabama 36102-2148
ccowen@ball-ball.com

Mr. Benjamin H. Sawyer
Mr. Lee C. Davis
Sutherland, Asbill & Brennan, LLP
999 Peachtree Street, NE
Atlanta, Georgia 30309
(404) 853-8188
ben.sawyer@sablaw.com
lee.davis@sablaw.com