IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:06cv1136-MHT |
| EMCOR FACILITIES SERVICES, INC., | ) ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion to continue and amend scheduling order (Doc. No. 54) is denied.

DONE, this the 30th day of January, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE