IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., ) ) ) | |
| Plaintiffs, ) ) | CASE NO: 2:06-cv-1136-MHT |
| vs. ) ) | |
| EMCOR FACILITIES SERVICES INC.; and A, B and C, as fictitious parties ) ) | |
| Defendants. | |

## MOTION TO CONTINUE

**COMES NOW** the Counter Defendant Greg Littlefield, by and through his undersigned attorney, and moves this Court for a continuance of this matter on the following grounds:

1. This lawsuit was initially filed on the 17th day of November, 2006 by Professional Facilities Management, Inc., against EMCOR Facilities Services, Inc., and EMCOR Group, Inc.;

2. Discovery was conducted in this matter and a pre-trial conference was scheduled on October 19 2007. Shortly before the pre-trial conference, on September 17, 2007, the Defendant moved to amend the counterclaim adding additional counts and naming additional parties to this litigation;

3. One of the newly named counterclaim defendants' is Greg Littlefield who was named in the amended counterclaim on October 22, 2007. Mr. Littlefield, by and through his undersigned counsel, filed a response to the counterclaim on November 15, 2007;

4. The parties agreed that settlement negotiations could not be conducted until the Court ruled on the defendants' motion for summary judgment. An order was issued by this Court on December 20, 2007. The parties are scheduling mediation of this matter;

5. Greg Littlefield has not had an opportunity to engage in any significant discovery because of the limited time frame between being added to this case and the scheduled trial date of March 31, 2008;

6. The Counter Claimants assert a claim of intentional interference of the contract against Mr. Littlefield and no discovery has been conducted on that issue;

7. The undersigned counsel understands that this Court has recently entered an Order moving the trial date two weeks later from its originally scheduled date but has also entered a subsequent order denying the motion to continue filed by PFMI.  Mr. Littlefield contends that his late addition as a counter defendant results in extreme prejudice unless the trial date is continued from its current setting and the parties are given several months to conduct discovery on the newly added claim.

Accordingly, this Counter Defendant moves the Court for an Order continuing the case and amending the Scheduling Order in order for the parties to conduct discovery on the newly added claims and to engage in meaningful mediation.

*s/ F. Chadwick Morriss*
F. CHADWICK MORRISS (ASB-8504-S75F)
Attorneys for Counter Defendant, Greg Littlefield

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone:  (334) 206-3100
Facsimile:  (334) 262-6277
Email:  fcm@rsjg.com (Morriss)

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 2nd day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: **Jack Owen, Benjamin Sawyer, Rhon E. Jones** and **Scarlette Tuley.**

                *s/ F. Chadwick Morriss*
                Of Counsel