IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 2:06CV1136-MHT |
| EMCOR FACILITIES SERVICES, INC., Defendant. | ) ) ) ) | |
| v. | ) ) | |
| PROFESSIONAL FACILITIES MANAGEMENT, INC. | ) ) ) ) | |
| and | ) ) | |
| GREG LITTLEFIELD Counterclaim Defendants | ) ) ) | |

**EMCOR FACILITIES SERVICES, INC.'S OPPOSITION TO COUNTERCLAIM DEFENDANT'S MOTION TO CONTINUE**

Defendant EMCOR Facilities Services, Inc. ("EMCOR"), hereby opposes Counterclaim Defendant's Motion to Continue. (Doc. 57).

As grounds, EMCOR asserts the following:

1. On September 17, 2007, EMCOR filed its Motion for Leave to Amend Counterclaim and Add a Counterclaim Defendant (Doc. 34), following the depositions of Professional Facilities Management, Inc.'s ("PFMI") president Greg Littlefield on August 9, 2007, and Alan Cristal, former EMCOR Director of Business Development, on September 9, 2007. This motion sought to add Mr. Littlefield as a Counterclaim Defendant and to assert a

claim of tortious interference with business and contractual relations against both PFMI and Mr. Littlefield.

2.  The discovery leading to EMCOR's tortious interference with contract and business relations claim established the following facts: a) EMCOR's former director of business development, Mr. Alan Cristal, admitted he only considered PFMI as a subcontractor for the janitorial scope of work on the Branch Banking and Trust ("BB&T") Project; b) EMCOR's former director admitted he should have engaged a subcontractor other than PFMI; c) Mr. Cristal admitted he was paid $2,000 for "getting the BB&T work" for PFMI; d) Counterclaim Defendant Littlefield, however, testified that he paid EMCOR's former director $12,000 over the course of one year, while Mr. Cristal served as a director of business development for EMCOR; e) PFMI established a separate vendor number for the recurring payments to EMCOR's former director: "Vendor Number: 4307- Alan Cristal"; f) the payment history for "Vendor Number 4307-Alan Cristal" shows payment of $23,375.65; and g) Counterclaim Defendant Littlefield admits he did not inform EMCOR or "anyone else" that he was paying thousands of dollars to Mr. Cristal during the BB&T project.  *See* EMCOR's Brief in Support of Motion to Amend Counterclaim and to Add a Counterclaim Defendant, p. 2 through 5 (Doc. 35); EMCOR's Supplemental Brief in Support of Motion for Leave to Amend Counterclaim and Add a Counterclaim Defendant, p. 1 through 2 and Exhibit "B" thereto.

3.  The Court granted EMCOR's Motion on October 22, 2007 (Doc. 44).

4.  Also on October 22, 2007, this Court amended its prior Scheduling Orders to allow PFMI and Counterclaim Defendant Littlefield additional discovery concerning EMCOR's tortious interference with business and contract claims. *See* Order dated Oct. 22, 2007 (Doc. 46).

5.  Following service of process on October 26, 2007 (Doc. 48), Counterclaim Defendant Littlefield answered EMCOR's Amended Counterclaim on November 15, 2007 (Doc. 50).

6.  Pursuant to the Court's Oct. 22, 2007 Order, the dispositive motion and discovery deadline for this action was Jan. 28, 2008. *See id.* (Doc. 46). This Court recently extended these deadlines an additional two weeks. *See* Order Resetting Jury Trial, dated January 29, 2008 (Doc. 55).

7.  Despite asking for additional time for discovery, which the Court granted, Counterclaim Defendant Littlefield failed to conduct any discovery following this Court's Oct. 22, 2007 Order. Counterclaim Defendant and PFMI have had over three months to conduct discovery in this matter.

8.  Six days after the deadline established by the Court's Oct. 22, 2007 Order, Counterclaim Defendant Littlefield moved to extend the date to file dispositive motions and discovery deadline. *See* Plaintiff's Motion to Continue (Doc. 57). The parties never agreed to stay discovery or continue the trial until mediating.

9.  Mediation or other settlement efforts will not be precluded by maintaining the current trial date. The trial is more than sixty (60) days away and the parties can easily mediate (with their present private mediator or another mediator) and EMCOR will gladly engage in settlement negotiations with all parties. Many would say that nothing focuses the mind like a trial date.

10. Based on discovery in this case, it is clear that EMCOR, though originally sued first, is the "real Plaintiff." In discovery, EMCOR learned that PFMI and its president, Mr. Littlefield, paid EMCOR's director of business development substantial amounts to obtain a

contract with EMCOR, PFMI failed to properly perform its work, admittedly overcharged EMCOR for work it did not perform, a PFMI subcontractor stole BB&T property and EMCOR was required to reimburse BB&T, and EMCOR lost a profitable account as a result of PFMI's material breaches. EMCOR has been damaged in excess of $1.7 million dollars and is entitled to its day in court.

THE FOREGOING CONSIDERED, defendant EMCOR respectfully submits that Plaintiff's Motion to Continue and Amend Scheduling Order (Doc. 54) should be denied.

/s/ Benjamin Sawyer
Benjamin H. Sawyer
Attorneys for Defendant
EMCOR Facilities Services, Inc.

OF COUNSEL:
SUTHERLAND, ASBILL & BRENNAN, LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 853-8188
Email: BENJAMIN.SAWYER@SABLAW.COM

and

JACK OWEN   (ASB-4805-N66C)
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: CCOWEN@BALL-BALL.COM

CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                                           /s/Benjamin Sawyer
                                           OF COUNSEL

Mr. Rhon E. Jones
Ms. Scarlette M. Tuley
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL  36103-4160
Email: RHON.JONES@BEASLEYALLEN.COM
Email: SCARLETTE.TULEY@BEASLEYALLEN.COM

Mr. F. Chadwick Morriss
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, AL 36101-0270
Email: fcm@rsjg.com (Morriss)