IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PROFESSIONAL FACILITIES      )
MANAGEMENT, INC.,            )
                             )
    Plaintiff,               )
                             )     CIVIL ACTION NO.
    v.                       )       2:06cv1136-MHT
                             )
EMCOR FACILITIES SERVICES,   )
INC.,                        )
                             )
    Defendant.
```

ORDER

Based on the representations made by counsel for all parties on February 11, 2008, it is ORDERED as follows:

(1) The motion to continue (Doc. No. 57) is granted.

(2) The uniform scheduling order (Doc. No. 8) is modified in the following respects:

    (A) The pretrial is reset for May 20, 2008, at 9:30 a.m., and the trial is set for the term of court beginning on June 23, 2008, with all deadlines expressly tied to these two dates adjusted accordingly.  The parties are

to submit a proposed pretrial order by May 16, 2008.

(B) The deadline for completing discovery is extended to March 31, 2008, as to the newly amended counterclaim only.

(C) The deadline for filing dispositive motions is extended to April 18, 2008, as to the newly amended counterclaim only.

(D) All other deadlines are unchanged.

DONE, this the 11th day of February, 2008.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**