IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROFESSIONAL FACILITIES | ) |
| MANAGEMENT, INC., | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) Civil Action No. 2:06CV1136-MHT |
| | ) |
| EMCOR FACILITIES SERVICES, INC., | ) |
| Defendant. | ) |
| | ) |
| v. | ) |
| | ) |
| PROFESSIONAL FACILITIES | ) |
| MANAGEMENT, INC. | ) |
| | ) |
| and | ) |
| | ) |
| GREG LITTLEFIELD | ) |
| Counterclaim Defendants | ) |

*2008 FEB 11  P 1: 58*

*DEBRA P. HACKETT, CLK*
*U.S. DISTRICT COURT*
*MIDDLE DISTRICT AL*

**DEFENDANT'S MOTION TO FILE UNDER SEAL
DEPOSITION EXHIBIT 94
FILED IN SUPPORT OF
EMCOR'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT
ON COUNTS I ,V, AND VI**

Defendant EMCOR Facilities Services, Inc. moves the Court for leave to file under seal

the attached Deposition Exhibit Number 94, tendered in support of its Second Motion for Partial

Summary Judgment, filed contemporaneously herewith.

As grounds, Defendant EMCOR states as follows:

Defendant EMCOR has filed a Second Motion for Partial Summary Judgment, and its

Brief and Statement of Undisputed Material Facts in support thereof. The contents of the

attached Deposition Exhibit 94 are tendered as evidence in support of EMCOR's Motion for

Partial Summary Judgment.  See page 3, Brief in Support of Second Motion for Partial Summary

Judgment.

During the deposition testimony of Larry Capiluoto, at the request of counsel for Plaintiff PFMI, the contents of deposition Exhibit 94 were placed under seal (Capilouto depo., pp. 118-119, Exhibit "C" attached to EMCOR's Brief in Support of Second Motion for Partial Summary Judgment).

Respecting the desire of Plaintiff PFMI for confidentiality, EMCOR tenders this Exhibit 94 to the Court in support of its Motion for Partial Summary Judgment in a sealed envelope marked "Exhibit 94 – Sealed at Request of Counsel for Plaintiff Professional Facilities Management, Inc," attached to Motion to File Exhibit Under Seal, and moves the Court to accept the attached exhibit under seal.

/s/ Benjamin Sawyer
Benjamin H. Sawyer
Attorneys for Defendant
EMCOR Facilities Services, Inc.

OF COUNSEL:
SUTHERLAND, ASBILL & BRENNAN, LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 853-8188
Email: BENJAMIN.SAWYER@SABLAW.COM

and

Jack Owen   (ASB-4805-N66C)

Jack Owen   (ASB-4805-N66C)
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: CCOWEN@BALL-BALL.COM

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008, I hand filed the foregoing with the Clerk of the Court, and served a copy upon the following listed persons by placing the same in the U. S. Mail, first class postage prepaid and properly addressed:

OF COUNSEL

Mr. Rhon E. Jones
Ms. Scarlette M. Tuley
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
Email: RHON.JONES@BEASLEYALLEN.COM
Email: SCARLETTE.TULEY@BEASLEYALLEN.COM


Mr. F. Chadwick Morriss
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, AL 36101-0270
Email: fcm@rsjg.com (Morriss)