IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06cv1136-MHT |
| EMCOR FACILITIES SERVICES, INC., | ) ) ) ) | |
| Defendant. | | |

## ORDER

It is ORDERED that the motion for partial summary judgment (Doc. No. 62) is set for submission, without oral argument, on February 28, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 12th day of February, 2008.

　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　UNITED STATES DISTRICT JUDGE