## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **PROFESSIONAL FACILITIES MANAGEMENT, INC.,** | ) ) ) |
| **Plaintiff,** | ) ) |
| **vs.** | ) **CASE NO: 2:06-cv-1136-MHT** ) |
| **EMCOR FACILITIES SERVICES INC.** | ) ) ) |
| **Defendant Counterclaim Plaintiff.** | ) ) ) |
| **vs.** | ) ) |
| **PROFESSIONAL FACILITIES MANAGEMENT, INC.** | ) ) ) |
| **and** | ) ) |
| **GREG LITTLEFIELD Counterclaim Defendant.** | ) ) |

## <u>NOTICE OF APPEARANCE</u>

COMES NOW Bethany L. Bolger of the law firm Rushton, Stakely, Johnston & Garrett, P.A., and hereby gives the Court and parties notice of her appearance as additional counsel on behalf of Greg Littlefield.

/s/ Bethany L. Bolger_____
F. CHADWICK MORRISS (ASB-8504-S75F)
BETHANY L. BOLGER (ASB-6740-E60B)
Attorneys for Counterclaim Defendant,
Greg Littlefield

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone:  (334) 206-3100
Facsimile:  (334) 262-6277
Email: fcm@rsjg.com (Morriss)
        bbolger@rsjg.com (Bolger)


## CERTIFICATE OF SERVICE


I hereby certify that I have electronically filed and served through CMECF the above and foregoing document to the following counsel of record on this the 12th day of March, 2008:

Rhon E. Jones, Esq.
Scarlette Tuley, Esq.
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL  36103-4160

Jack Owen, Esq.
Clyde C. Owen, Esq.
Ball, Ball, Matthews & Novak, P.C.
Post Office Box 2148
Montgomery, AL  36102-2148

Benjamin Sawyer, Esq.
Lee C. Davis, Esq.
Sutherland, Asbill & Brennan, LLP
999 Peachtree Street, NE
Atlanta, GA  30309


*/s/ Bethany L. Bolger* _____
Of Counsel