# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. <u>2:06CV1136-MHT</u> |
| EMCOR FACILITIES SERVICES, INC., Defendant. | ) ) ) ) ) |
| v. | ) ) |
| PROFESSIONAL FACILITIES MANAGEMENT, INC. | ) ) ) |
| and | ) ) |
| GREG LITTLEFIELD Counterclaim Defendants | ) ) ) |

## STIPULATION AND FINAL ORDER
## DISMISSING ALL CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff, Professional

Facilities Management, Inc. ("PFMI"), by and through its counsel of record;

Defendant EMCOR Facilities Services, Inc. ("EMCOR"), by and through its

counsel of record; and Counterclaim Defendant Greg Littlefield ("G.L."), by and

through its counsel of record, as follows:

SUTHERLAND 7870309.1

1

1.     That all issues and claims between the parties have been resolved, as more particularly set forth in that certain Settlement Agreement dated April 3, 2008 and signed by all parties hereto;

2.     That each party shall bear its own attorney's fees and costs incurred in this action;

3.     That Civil Action No. 2:06CV1136-MHT be dismissed with prejudice; and

4.     All parties respectfully request that the Court enter the Order attached as Exhibit "A" hereto.

This 21st day of April, 2008.

**[SIGNATURES ON NEXT PAGE]**

Benjamin H. Sawyer
Georgia Bar No. 627935
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, Georgia 30309-3996

and

Jack Owen
ASB-4805-N66C
Ball, Ball, Matthews, & Novak P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148

Attorneys for Defendant
EMCOR Facilities Services, Inc.

Rhon E. Jones (JONE7747)
Scarlette M. Tuley (TULE4517)
Beasley, Allen, Crow, Methvin, Portis &
Miles P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Attorney for Plaintiff PFMI

F. Chadwick Morriss (ASB-8504-S75F)
Rushton, Stakely, Johnston & Garrett,
P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Attorney for Counterclaim Defendant
Greg Littlefield

SUTHERLAND 7870309.1                    3

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. <u>2:06CV1136-MHT</u> |
| | ) |
| EMCOR FACILITIES SERVICES, INC., Defendant. | ) ) ) ) |
| v. | ) ) |
| PROFESSIONAL FACILITIES MANAGEMENT, INC. | ) ) ) ) |
| and | ) ) |
| GREG LITTLEFIELD Counterclaim Defendants | ) ) ) |

**<u>FINAL ORDER</u>**

**IT IS HEREBY ORDERED**:

1.    That all claims pending in Civil Action No. 2:06CV1136-MHT are dismissed with prejudice;

2.    That all parties will bear their own attorney's fees and costs incurred in this action; and

3.    That the Court's files for this action be closed.

SUTHERLAND 7870309.1

4

**EXHIBIT  A**

**SO ORDERED** this ___ day of _____, 2008.

_____
Hon. Myron H. Thompson
UNITED STATES DISTRICT JUDGE

PREPARED BY:

SUTHERLAND ASBILL & BRENNAN LLP

_____
Benjamin H. Sawyer
Georgia Bar No. 627935
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, Georgia 30309-3996

and

Jack Owen
ASB-4805-N66C
Ball, Ball, Matthews, & Novak P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148

Attorneys for Defendant
EMCOR Facilities Services, Inc.