# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| PROFESSIONAL FACILITIES MANAGEMENT, INC., Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 2:06CV1136-MHT ) |
| EMCOR FACILITIES SERVICES, INC., Defendant. | ) ) ) ) |
| v. | ) ) |
| PROFESSIONAL FACILITIES MANAGEMENT, INC. | ) ) ) |
| and | ) ) |
| GREG LITTLEFIELD Counterclaim Defendants | ) ) |

## FINAL ORDER

**IT IS HEREBY ORDERED**:

    1.    That all claims pending in Civil Action No. 2:06CV1136-MHT are dismissed with prejudice;

    2.    That all parties will bear their own attorney's fees and costs incurred in this action; and

    3.    That the Court's files for this action be closed.

**SO ORDERED** this 29th day of April, 2008.

              /s/ Myron H. Thompson
            Hon. Myron H. Thompson
            UNITED STATES DISTRICT JUDGE

PREPARED BY:

SUTHERLAND ASBILL & BRENNAN LLP


/s/ Benjamin H. Sawyer
Benjamin H. Sawyer
Georgia Bar No. 627935
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, Georgia 30309-3996

and

Jack Owen
ASB-4805-N66C
Ball, Ball, Matthews, & Novak P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148

Attorneys for Defendant
EMCOR Facilities Services, Inc.